NOS. 07-10-00385-CR; 07-10-0386-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 28, 2011

---

DEMARCUS XAVIER MATTHEWS, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

---

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 58,832-C, 58, 972-C; HONORABLE ANA ESTEVEZ, JUDGE

---

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before the court are the motions of appellant Demarcus Xavier Matthews to dismiss his appeals. Appellant and his attorney have both signed the motions. Tex. R. App. P. 42.2(a). No decision of this court having been delivered to date, we grant the motions. Accordingly, the appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

James T. Campbell
Justice

Do not publish.